**Order entered March 5, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00050-CV

## MATTHEW MCKERLEY, D.O., Appellant

## V.

## DANISHA JACKSON, ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-10884**

## ORDER

Before the Court is appellant's March 3, 2021 unopposed motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **April 5, 2021**.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE